UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 08-60041-CIV-MARRA/JOHNSON

ROSE J. SPANO,

    Plaintiff and Respondent,

v.

SUPREME COURT OF FLORIDA, and
THE FLORIDA BAR,

    Defendants and Petitioners.
_____/

## ORDER DENYING PETITION FOR ENLARGEMENT OF TIME

THIS CAUSE is before the Court on Plaintiff's Petition for Enlargement of Time to File a Writ of Habeas Corpus Due to the Denial of Plaintiff's Constitutional Due Process Rights Under the United States Constitution and Appointment of Counsel to Assist in the Preparation of Habeas Corpus Writ (DE 1), filed January 10, 2007. The Court has carefully considered Plaintiff's petition and is fully advised in the premises.

Plaintiff in this case seeks a "writ of habeas corpus." Several forms of habeas corpus exist, but the Supreme Court held long ago that when the term "habeas corpus" is used generally, it refers to the "great writ," or writ of habeas corpus ad subjiciendum. *Ex parte Bollman*, 8 U.S. (4 Cranch) 75, 95 (1807). The writ of habeas corpus ad subjiciendum is the "most celebrated writ in the English law" and it allows a "swift and imperative remedy in all cases of illegal restraint or confinement." *Fay v. Noia*, 372 U.S. 391, 400 (1963) (quoting *Secretary of State for Home Affairs v. O'Brien*, [1923] A.C. 603, 609 (H.L.) (U.K.)). In other words, the writ of habeas corpus is a remedy to challenge an unlawful physical confinement by the executive branch, a

court, or even potentially private persons. *Preiser v. Rodriguez*, 411 U.S. 475, 485 (1973).

In this case, Plaintiff has not alleged that she is in any way subject to physical confinement, nor can the Court find any indication of any physical confinement in her brief or the attachments. Examining the attached Order from the Florida Supreme Court in *Florida Bar v. Spano*, No. SC04-2011, slip op., and Plaintiff's Motion for Rehearing, it appears that Plaintiff wishes to challenge her disbarment from the practice of law by the Florida Supreme Court. However, without being physically confined, Plaintiff can get no relief (and, in fact, has no standing to seek) a writ of habeas corpus.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Petition for Enlargement of Time to File a Writ of Habeas Corpus Due to the Denial of Plaintiff's Constitutional Due Process Rights Under the United States Constitution and Appointment of Counsel to Assist in the Preparation of Habeas Corpus Writ (DE 1) is **DENIED**. It appears that Plaintiff is seeking no other form of relief, so the Clerk shall **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 11th day of January, 2008.

                                                 _____
                                                 KENNETH A. MARRA
                                                 United States District Judge

Copies furnished to:
all counsel of record